# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MICHAEL MASON,<br><br>  Plaintiff,<br>   v.<br>SAN DIEGO CENTRAL JAIL, Medical; DR. ALFRED JOSHUA; SDCJ MEDICAL; JOHN/JANE DOE, Medical Administrator, SDCJ,<br><br>  Defendant. | CASE NO. 15cv1238 WQH (NLS)<br><br>ORDER |

HAYES, Judge:

On January 8, 2016, the Court issued an Order which stated:

IT IS HEREBY ORDERED that the motion to dismiss (ECF No. 15) filed by Defendant Alfred Joshua is granted. The Complaint is dismissed without prejudice as to Defendant Alfred Joshua.

IT IS FURTHER ORDERED that the Court will dismiss this action without prejudice on February 7, 2016, unless, before that date, Plaintiff files either: (1) proof that service of the Summons and Complaint was timely effectuated upon remaining Defendants within 120 days after filing of the Complaint, or (2) a declaration under penalty of perjury showing good cause for failure to timely serve remaining Defendants, accompanied by a motion for leave to serve process outside the 120-day period.

(ECF No. 16). The docket reflects that no response to the January 8, 2016 Order has been filed.

///
///
///
///

1 | IT IS HEREBY ORDERED that this action is dismissed without prejudice. The
2 | Clerk of the Court shall close the case.
3 | DATED: February 18, 2016

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge